[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 224.]

[THE STATE EX REL.] SINCLAIR, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Sinclair v. Indus. Comm*., 1998-Ohio-358.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-647–Submitted October 27, 1998–Decided December 30, 1998.)

Appeal from the Court of Appeals for Franklin County, No. 96APD04-536.

————————————

*Law Offices of James R. Nein*, *Matthew R. Copp* and *James R. Nein*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for appellee Industrial Commission.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————